# EXHIBIT 11



**SUBJECT TO FRE 408**

John Garland, Director Business Development
Finjan Holdings, Inc.
2000 University Ave., Ste. 600
E. Palo Alto, CA 94303
EM: john.garland@finjan.com I D: 650.282.3233| C: 908.803.3741

**December 8, 2016**

**VIA FEDEX**

Gil Shwed, CEO
Check Point Software Technologies Ltd
959 Skyway Road Suite 300
San Carlos, CA 94070
Tel: 800-429-4391

**Re: Finjan Cybersecurity Patents**

Dear Mr. Shwed:

I am writing on behalf of Finjan, Inc. ("Finjan"), a wholly-owned subsidiary of Finjan Holdings, Inc. ("FHI"). Finjan is interested in engaging Check Point Software Technologies Ltd ("Check Point"), in a dialogue regarding Finjan's offer to Check Point to enter portfolio license to Finjan's patented cybersecurity technologies. Finjan's patent portfolio includes over 50 U.S. and international patents and pending applications for patents worldwide that are based upon Finjan R&D. (reference : https://www.finjan.com/technology/patents)

FHI, along with its subsidiary Finjan, is a globally recognized cybersecurity company that invested millions of dollars in research and development creating proactive behavior-based malware protection technology. Finjan's patented technologies enable behavior-based approaches to modern and next-generation malware and zero-day protection for unknown attacks through techniques such as, for example, hashing, caching, sandboxing, and transmitting mobile protection code through customized profiles. Our patented technologies have been adopted, and lauded in the industry, and assigned significant value by many of Check Point's peers and competitors.

We are contacting you because our analysis reveals that Check Point. Is currently offering certain products and services that infringe select cybersecurity patents owned by Finjan. The Appendix attached to this letter provides you with information concerning some exemplary patents that inform our opinion. Please keep in mind that the patents in the Appendix are a part of a larger, global portfolio.

We believe the most effective way to resolve this issue is to engage in meaningful face-to-face (virtual or in-person) meetings, attended by the stakeholders. We note that early, good faith discussions tend to yield favorable license terms and discounts on our

Gil Shwed, CEO                                         2                          **Subject to FRE 408**
December 8, 2016

licensing fee which are not available when delayed or protracted discussions create greater expenses and risk for reach of us.

     To that end, I suggest we setup a preliminary teleconference to discuss these issues at a high level to agree on a mutually acceptable path going forward, execute an NDA, which I can send to the Check Point representative selected by you, and then we can arrange subsequent face-to-face or GoTo meetings to further exchange information pertinent to our discussions.

     Please acknowledge receipt and let me know the responsible Check Point person I should be in contact with. I can be reached at 650.282.3233 or via email at john.garland@finjan.com. We look forward to hearing from you soon.


Sincerely,

John Garland


cc:
Phil Harstein, CEO, Finjan
James Hannah, Partner, Kramer Levin, Naftalis, & Frankel, LLP

2000 University Ave., Ste. 600
E. Palo Alto, CA 94303
650.282.3228
www.finjan.com
NASDAQ: FNJN

Gil Shwed, CEO  3  **Subject to FRE 408**
December 8, 2016

## APPENDIX

| Patent Number | Patent Title | Representative Products |
|---|---|---|
| 6154844 | System and Method for Attaching a Downloadable Security Profile to a Downloadable | • Next Generation Threat Prevention products, including<br>  • SandBlast Zero-Day Protection<br>  • Threat Prevention Appliances and Software<br>  • Threat Intelligence<br>  • Web Security<br>• CP's Next Generation Firewall, including the products in the following categories:<br>  • Data Center and Enterprise<br>  • Small Business<br>  • Consumer and Home Office (ZoneAlarm Products)<br>• Mobile Security /Mobile Threat Prevention<br>• Endpoint Security |
| 8677494 | Malicious Mobile Code Runtime Monitoring System and Methods | |
| 8079086 | Malicious Mobile Code Runtime Monitoring System and Methods | |
| 7647633 | Malicious Mobile Code Runtime Monitoring System and Methods | • Next Generation Threat Prevention products, including<br>  • SandBlast Zero-Day Protection<br>  • Threat Prevention Appliances and Software<br>  • Threat Intelligence<br>  • Web Security<br>• CP's Next Generation Firewall, including the products in the following categories:<br>  • Data Center and Enterprise<br>  • Small Business<br>  • Consumer and Home Office (ZoneAlarm Products)<br>• Mobile Security /Mobile Threat Prevention<br>• Endpoint Security |
| 7058822 | Malicious Mobile Code Runtime Monitoring System and Methods | |
| 9141786 | Malicious Mobile Code Runtime Monitoring System and methods | |
| 7975305 | Method and System for Adaptive Rule-Based Content Scanners for Desktop Computers | • Next Generation Threat Prevention products, including<br>  • SandBlast Zero-Day Protection<br>  • Threat Prevention Appliances and Software<br>  • Threat Intelligence<br>  • Web Security<br>• CP's Next Generation Firewall, including the products in the following categories:<br>  • Data Center and Enterprise<br>  • Small Business<br>  • Consumer and Home Office (ZoneAlarm Products)<br>• Mobile Security /Mobile Threat Prevention<br>• Endpoint Security |
| 8225408 | Method and System for Adaptive Rule-Based Content Scanners | |
| 6965968 | Policy-Based Caching | • Next Generation Threat Prevention products, including<br>  • SandBlast Zero-Day Protection<br>  • Threat Prevention Appliances and Software<br>  • Threat Intelligence<br>  • Web Security, URL Filtering Software Blade<br>• Security Management-Policy Management<br>• CP's Next Generation Firewall, including the products in the following categories:<br>  • Data Center and Enterprise<br>  • Small Business<br>  • Consumer and Home Office (ZoneAlarm Products) |
| 7418731 | Method and System for Caching at Secure Gateways | |

2000 University Ave., Ste. 600
E. Palo Alto, CA 94303
650.282.3228
www.finjan.com
NASDAQ: FNJN