PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
AUSTIN MANES (State Bar No. 284065)
amanes@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES INC., a Delaware Corporation, CHECK POINT SOFTWARE TECHNOLOGIES LTD., an Israeli Limited Company,<br><br>Defendants. | Case No.:  3:18-cv-02621-WHO<br><br>**PROOF OF SERVICE** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-02621-WHO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Check Point Software Technologies, Ltd.
was received by me on *(date)*   05/24/2018   .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Bill Jacobs, Registered Agent   , who is
designated by law to accept service of process on behalf of *(name of organization)*   CSC, 2710 Gateway Oaks Dr.
Ste. 150 N, Sacramento, CA 95833 at 1:45 PM   on *(date)*   05/24/2018   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   05/31/2018

*Server's signature*

Tyler DiMaria, Reg. No. 2006-06, Sacramento Co.
*Printed name and title*

c/o Western Attorney Services
75 Columbia Sq.
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHMENT FOR COMPLETE LIST OF DOCUMENTS SERVED

## ATTACHED LIST OF DOCUMENTS TO SUMMONS

Finjan, Inc.
v.
Check Point Software Technologies, Inc.

USDC Northern District California, San Francisco
Case No. 3:18-cv-02621-WHO

1. 2018-05-03 Civil Cover Sheet
2. 2018-05-07 Issued Summons
3. 2018-05-03 Proof of Service re Summons
4. 2018-05-03 Complaint with Exhibits 1-25
5. 2018-05-03 Finjan's Certificate of Interested Entities
6. 2018-05-11 Order Reassigning Case to Judge Orrick
7. 2018-05-14 Case Management Conference Order
8. 2018-05-07 Report on the Filing or Determination of an Action re a Patent
9. 2018-05-19 Consent or Declination to Magistrate Judge Jurisdiction
10. 2018-05-10 Clerk's Notice of Impending Reassignment
11. Joint Case Management Statement & [Proposed] Order (effective 05/01/2018)
12. Judge Orrick's Civil Pretrial order (effective 02/2017)
13. Judge Orrick's Standing Order for Civil Cases (effective 01/20/2018)
14. Judge Orrick's Case Management Conference Order (effective 1/2018)
15. Judge Orrick's Standing Order on Administrative Motions to File Under Seal (effective 03/2018)
16. Standing Order for All Judges – Contents of Joint Case Management Statement (effective 01/17/2017)
17. Consenting to The Judisdiction of a Magistrate Judge (effective 03/21/2018)
18. E-Filing Under Seal
19. Local Civil Rules (effective 05/01/2018)
20. San Francisco Filing Procedures
21. ECF Guide to E-Filing New Civil Cases (updated 2018)
22. ECF Registration Information
23. Notice of Availability of Magistrate Judge to Exercise Jurisdiction
24. Waiver of the Service of Summons
25. Notice of Assignment of Case to A U.S. Magistrate Judge for Trial
26. Notice of a Lawsuit and Request to Waive Service of Summons
27. ADR Instructions re Local Rules (effective 05/2018)
28. ADR Local Rules (effective 05/01/2018)
29. ADR Certification by Parties and Counsel (effective 05/01/2018)
30. Notice of Need for ADR Phone Conference (revised 2016)
31. Notice of Need for Mediation (ADA Access Cases) (revised 11/2016)
32. Request for ADR Conference (revised 05/01/2018)
33. ADR - Stipulation and [Proposed] Order Selecting ADR Process (revised 05/01/2018)