UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** August 14, 2018 | **Time:** 30 minutes<br>2:28 p.m. to 2:58 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 18-cv-02621-WHO | **Case Name:** Finjan, Inc. v. Check Point Software Technologies, Inc. | |

**Attorneys for Plaintiff:**     Paul Andre and Austin Manes
**Attorneys for Defendant:**  Clem Roberts and Frances Cheever

**Deputy Clerk:** Jean Davis                              **Court Reporter:** FTR Recording

## PROCEEDINGS

Counsel appear for initial case management conference.  A very brief description of the technology at issue is provided.  The Court reminds counsel that this matter could be referred to a Magistrate Judge, upon the parties' stipulation, for trial and all other purposes.

Defense counsel expresses concern regarding the number of patents, products and theories that may be advanced by Finjan that will interfere with the mandate of Rule 1 to secure the just, speedy and inexpensive determination of every action and proceeding.  Argument from both sides is heard briefly, and counsel are directed to submit simultaneous competing 10-page briefs in support of their positions by August 28, 2018.

The possible appointment of a technical advisor is discussed.  The Court would be open to that possibility upon stipulation of the parties.

**REFERRAL: The matter is referred to a Magistrate Judge (random) for discovery.**

The claim construction schedule proposed by the parties is adopted, terminating in the following hearings:

**Claim Construction Tutorial:**         April 19, 2019 at 10:00 a.m.
**Claim Construction Hearing:**         April 26, 2019 at 10:00 a.m.

**PRETRIAL SCHEDULE:**

**Fact discovery cutoff:**                  December 13, 2019
**Expert disclosure:**                       March 11, 2020
**Expert rebuttal:**                           April 24, 2020
**Expert discovery cutoff:**               June 12, 2020
**Dispositive Motions heard by:**      September 30, 2020
**Pretrial Conference:**                     December 14, 2020 at 2:00 p.m.

**Trial:** January 25, 2021 at 8:30 a.m. by Jury