| | |
|---|---|
| CLEMENT ROBERTS (SBN: 209203)<br>croberts@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone:   (415) 773-5700<br>Facsimile:    (415) 773-5759<br><br>AMY K. VAN ZANT (SBN: 197426)<br>avanzant@orrick.com<br>FRANCES CHEEVER (SBN: 287585)<br>fcheever@orrick.com<br>EVAN BREWER (SBN: 304411)<br>ebrewer@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025-1015<br>Telephone:    +1 650 614 7400<br>Facsimile:     +1 650 614 7401<br><br>*Attorneys for Defendant*<br>CHECK POINT SOFTWARE<br>TECHNOLOGIES, INC. | PAUL ANDRE (SBN: 196585)<br>pandre@kramerlevin.com<br>LISA KOBIALKA (SBN: 191404)<br>lkobialka@kramerlevin.com<br>JAMES HANNAH (SBN: 237978)<br>jhannah@kramerlevin.com<br>AUSTIN MANES (SBN: 284065)<br>amanes@kramerlevin.com<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  (650) 752-1700<br>Facsimile:   (650) 752-1800<br><br>*Attorneys for Plaintiff*<br>FINJAN, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC. a Delaware Corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES INC., a Delaware Corporation, CHECK POINT SOFTWARE TECHNOLOGIES LTD., an Israeli Limited Company,<br><br>                    Defendants. | Case No. 5:18-cv-02621-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT OPPOSITION AND REPLY TO PLAINTIFF FINJAN, INC.'S MOTION TO IMPUTE SERVICE**<br><br>Date:       November 21, 2018<br>Time:       10:00 a.m.<br>Location:  Courtroom 2, 17th Floor<br>Judge:      Hon. William H. Orrick |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME RE MOTION TO IMPUTE
5:18-CV-02621-WHO

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendant Check Point Software Technologies, Inc. ("Check Point") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate to the following request to extend by three days the deadlines for Check Point to file an opposition to Finjan's Motion to Impute Service on Defendant Check Point Software Technologies, Ltd. ("Motion to Impute Service"), ECF No. 32, and for Finjan to file a reply in support thereof.

WHEREAS, on October 16, 2018, Finjan filed a Motion to Impute Service, ECF No. 32;

WHEREAS, under Civil Local Rule 7-3(a), the deadline for Check Point to file an opposition to Finjan's Motion to Impute Service is October 30, 2018;

WHEREAS, under Civil Local Rule 7-3(b), the deadline for Finjan to file a reply in support of its Motion to Impute Service is November 6, 2018;

WHEREAS, to accommodate existing scheduling conflicts for Check Point, the Parties stipulate to continue the deadline for Check Point to file an opposition to Finjan's Motion to Impute Service for three days until November 2, 2018;

WHEREAS, the Parties stipulate to continue the deadline for Finjan to file a reply in support of its Motion to Impute Service until November 12, 2018;

WHEREAS, the requested continuance should not have any material effect on the schedule in this case;

NOW THEREFORE, the Parties hereby stipulate and request that the deadline for Check Point to file an opposition to Finjan's Motion to Impute Service be extended from October 30, 2018 to November 2, 2018, and that the deadline for Finjan to file a reply in support of its Motion to Impute Service be extended from November 6, 2018 to November 12, 2018.

**IT IS SO STIPULATED.**

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME RE MOTION TO IMPUTE
5:18-CV-02621-WHO

1  Dated: October 25, 2018                    Respectfully submitted,

2                                             ORRICK, HERRINGTON & SUTCLIFFE LLP

4                                             By:        /s/ *Evan Brewer*
                                                          Evan Brewer
5                                                      Attorneys for Defendant
                                                      CHECK POINT SOFTWARE
6                                                       TECHNOLOGIES, INC.

8
   Dated:  October 25, 2018                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
9

11                                            By:        /s/ *Austin Manes*
                                                          Austin Manes
12                                                    Attorneys for Plaintiff
                                                         FINJAN, INC.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME RE MOTION TO IMPUTE
5:18-CV-02621-WHO

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Evan Brewer*
Evan Brewer

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

    The deadline for Check Point to file an opposition to Finjan's Motion to Impute Service, ECF No. 32, is extended from October 30, 2018 to November 2, 2018, and the deadline for Finjan to file a reply in support of its Motion to Impute Service is extended from November 6, 2018 to November 12, 2018.

Dated: _____, 2018

                                                                          The Honorable William H. Orrick
                                                                            United States District Judge

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 4 -

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME RE MOTION TO IMPUTE
5:18-CV-02621-WHO