| | |
|---|---|
| CLEMENT ROBERTS (SBN: 209203)<br>croberts@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br><br>AMY K. VAN ZANT (SBN: 197426)<br>avanzant@orrick.com<br>FRANCES CHEEVER (SBN: 287585)<br>fcheever@orrick.com<br>EVAN BREWER (SBN: 304411)<br>ebrewer@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone: +1 650 614 7400<br>Facsimile: +1 650 614 7401<br><br>*Attorneys for Defendant*<br>CHECK POINT SOFTWARE TECHNOLOGIES, INC. | PAUL ANDRE (SBN: 196585)<br>pandre@kramerlevin.com<br>LISA KOBIALKA (SBN: 191404)<br>lkobialka@kramerlevin.com<br>JAMES HANNAH (SBN: 237978)<br>jhannah@kramerlevin.com<br>AUSTIN MANES (SBN: 284065)<br>amanes@kramerlevin.com<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br><br>*Attorneys for Plaintiff*<br>FINJAN, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC. a Delaware Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES INC., a Delaware Corporation, CHECK POINT SOFTWARE TECHNOLOGIES LTD., an Israeli Limited Company,<br><br>        Defendants. | Case No. 5:18-cv-02621-WHO<br><br>**STIPULATION AND ORDER EXTENDING TIME TO SUBMIT OPPOSITION AND REPLY TO PLAINTIFF FINJAN, INC.'S MOTION TO IMPUTE SERVICE**<br><br>Date: November 21, 2018<br>Time: 10:00 a.m.<br>Location: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND ORDER
EXTENDING TIME RE MOTION TO IMPUTE
5:18-CV-02621-WHO

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Finjan, Inc. ("Finjan") and |
| 2 | Defendant Check Point Software Technologies, Inc. ("Check Point") (collectively, "the Parties"), |
| 3 | by and through their respective counsel, hereby stipulate to the following request to extend by |
| 4 | three days the deadlines for Check Point to file an opposition to Finjan's Motion to Impute |
| 5 | Service on Defendant Check Point Software Technologies, Ltd. ("Motion to Impute Service"), |
| 6 | ECF No. 32, and for Finjan to file a reply in support thereof. |
| 7 | WHEREAS, on October 16, 2018, Finjan filed a Motion to Impute Service, ECF No. 32; |
| 8 | WHEREAS, under Civil Local Rule 7-3(a), the deadline for Check Point to file an |
| 9 | opposition to Finjan's Motion to Impute Service is October 30, 2018; |
| 10 | WHEREAS, under Civil Local Rule 7-3(b), the deadline for Finjan to file a reply in |
| 11 | support of its Motion to Impute Service is November 6, 2018; |
| 12 | WHEREAS, to accommodate existing scheduling conflicts for Check Point, the Parties |
| 13 | stipulate to continue the deadline for Check Point to file an opposition to Finjan's Motion to |
| 14 | Impute Service for three days until November 2, 2018; |
| 15 | WHEREAS, the Parties stipulate to continue the deadline for Finjan to file a reply in |
| 16 | support of its Motion to Impute Service until November 12, 2018; |
| 17 | WHEREAS, the requested continuance should not have any material effect on the |
| 18 | schedule in this case; |
| 19 | NOW THEREFORE, the Parties hereby stipulate and request that the deadline for Check |
| 20 | Point to file an opposition to Finjan's Motion to Impute Service be extended from October 30, |
| 21 | 2018 to November 2, 2018, and that the deadline for Finjan to file a reply in support of its Motion |
| 22 | to Impute Service be extended from November 6, 2018 to November 12, 2018. |
| 23 | **IT IS SO STIPULATED.** |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

| | | |
|---|---|---|
| Dated: October 25, 2018 | | Respectfully submitted, |
| | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | | By: _____/s/ *Evan Brewer*_____<br>Evan Brewer<br>Attorneys for Defendant<br>CHECK POINT SOFTWARE TECHNOLOGIES, INC. |
| Dated: October 25, 2018 | | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| | | By: _____/s/ *Austin Manes*_____<br>Austin Manes<br>Attorneys for Plaintiff<br>FINJAN, INC. |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

STIPULATION AND ORDER EXTENDING TIME RE
MOTION TO IMPUTE
5:18-CV-02621-WHO

## **ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Evan Brewer*
Evan Brewer

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline for Check Point to file an opposition to Finjan's Motion to Impute Service, ECF No. 32, is extended from October 30, 2018 to November 2, 2018, and the deadline for Finjan to file a reply in support of its Motion to Impute Service is extended from November 6, 2018 to November 12, 2018.

Dated: October 26, 2018

The Honorable William H. Orrick
United States District Judge