CLEMENT ROBERTS (State Bar No. 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759

AMY K. VAN ZANT (SBN: 197426)
avanzant@orrick.com
FRANCES CHEEVER (State Bar No. 287585)
fcheever@orrick.com
EVAN BREWER (State Bar No. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:   +1 650 614 7400
Facsimile:   +1 650 614 7401

*Attorneys for Defendant*
CHECK POINT SOFTWARE
TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES INC., a Delaware Corporation, CHECK POINT SOFTWARE TECHNOLOGIES LTD., an Israeli Limited Company,<br><br>Defendants. | Case No. 5:18-cv-02621-WHO<br><br>**DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES, INC.'S MOTION TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT**<br><br>Judge:   Hon. William H. Orrick |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

     Defendant Check Point Software Technologies, Inc. hereby moves to file an Amended Answer and Affirmative Defenses. Under Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading "with the opposing party's written consent." Plaintiff Finjan, Inc. consented in the parties' Joint Case Management Statement & Proposed Order, filed on August 7, 2018: "The parties agree that the deadline for joining parties and amending the pleadings without leave of Court should be November 1, 2018, and that otherwise the parties may only amend the pleadings upon a showing of good cause, or upon being granted leave to amend by the Court." ECF No. 23 ¶ 5. This Court has not set any other deadline for amended pleadings. Accordingly, Check Point requests that the Court grant this motion to file an Amended Answer and Affirmative Defenses (attached hereto as Exhibit A).

Dated: November 1, 2018

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Clement S. Roberts*
Clement S. Roberts
Attorneys for Defendants
CHECK POINT SOFTWARE TECHNOLOGIES, INC.