CLEMENT ROBERTS (SBN: 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

VICKIE FEEMAN (SBN: 177487)
vfeeman@orrick.com
FRANCES CHEEVER (SBN: 287585)
fcheever@orrick.com
EVAN BREWER (SBN: 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

*Attorneys for Defendant*
CHECK POINT SOFTWARE
TECHNOLOGIES, INC.

PAUL ANDRE (SBN: 196585)
pandre@kramerlevin.com
LISA KOBIALKA (SBN: 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (SBN: 237978)
jhannah@kramerlevin.com
AUSTIN MANES (SBN: 284065)
amanes@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES INC., a Delaware Corporation, CHECK POINT SOFTWARE TECHNOLOGIES LTD., an Israeli Limited Company,<br><br>Defendants. | Case No. 5:18-cv-02621-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE OF HEARING ON PLAINTIFF FINJAN, INC.'S MOTION TO IMPUTE SERVICE**<br><br>Date: November 21, 2018<br>Time: 10:00 a.m.<br>Location: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER
RE HEARING DATE FOR MOTION TO IMPUTE
5:18-CV-02621-WHO

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendant Check Point Software Technologies, Inc. ("Check Point") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate to the following request to change the date of the hearing on Finjan's Motion to Impute Service on Defendant Check Point Software Technologies, Ltd. ("Motion to Impute Service"), ECF No. 32.

WHEREAS, on October 16, 2018, Finjan filed a Motion to Impute Service, ECF No. 32;

WHEREAS, the hearing date on Finjan's Motion to Impute Service is November 21, 2018, at 10:00 a.m.;

WHEREAS, to accommodate travel conflicts for the holiday period beginning November 22, 2018, the Parties stipulate to change the date for the hearing on Finjan's Motion to Impute Service until November 28, 2018;

WHEREAS, Finjan agreed to this stipulation at Check Point's request, but Finjan is largely unavailable in December due to commitments in other matters, and thus if November 28, 2018 is not available then Finjan respectfully requests to keep the currently scheduled hearing date of November 21, 2018, at 10:00 a.m.;

WHEREAS, the requested change in hearing date should not have any material effect on the schedule in this case;

NOW THEREFORE, the Parties hereby stipulate and request that the hearing date for Finjan's Motion to Impute Service be changed from November 21, 2018 to November 28, 2018, at 2:00 p.m.

**IT IS SO STIPULATED.**

Dated: November 13, 2018            Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____/s/ *Evan Brewer*_____
Evan Brewer
Attorneys for Defendant
CHECK POINT SOFTWARE
TECHNOLOGIES, INC.


Dated:  November 13, 2018            KRAMER LEVIN NAFTALIS & FRANKEL LLP


By: _____/s/ *Austin Manes*_____
Austin Manes
Attorneys for Plaintiff
FINJAN, INC.

## ATTESTATION PURSUANT TO L.R. 5-1(I)

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Evan Brewer*_
Evan Brewer

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

STIPULATION AND [PROPOSED] ORDER RE
HEARING DATE FOR MOTION TO IMPUTE
5:18-CV-02621-WHO

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The hearing date for Finjan's Motion to Impute Service, ECF No. 32, previously calendared for November 21, 2018, is hereby set for November 28, 2018 at 2:00 p.m.

Dated: _____, 2018

                                                  The Honorable William H. Orrick
                                                     United States District Judge