| | |
|---|---|
| CLEMENT ROBERTS (SBN: 209203)<br>croberts@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br><br>VICKIE FEEMAN (SBN: 177487)<br>vfeeman@orrick.com<br>FRANCES CHEEVER (SBN: 287585)<br>fcheever@orrick.com<br>EVAN BREWER (SBN: 304411)<br>ebrewer@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone: +1 650 614 7400<br>Facsimile: +1 650 614 7401<br><br>*Attorneys for Defendant*<br>CHECK POINT SOFTWARE<br>TECHNOLOGIES, INC. | PAUL ANDRE (SBN: 196585)<br>pandre@kramerlevin.com<br>LISA KOBIALKA (SBN: 191404)<br>lkobialka@kramerlevin.com<br>JAMES HANNAH (SBN: 237978)<br>jhannah@kramerlevin.com<br>AUSTIN MANES (SBN: 284065)<br>amanes@kramerlevin.com<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br><br>*Attorneys for Plaintiff*<br>FINJAN, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC. a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES INC., a Delaware Corporation, CHECK POINT SOFTWARE TECHNOLOGIES LTD., an Israeli Limited Company,<br><br>    Defendants. | Case No. 3:18-cv-02621-WHO<br><br>**STIPULATION AND ORDER TO CHANGE DATE OF HEARING ON PLAINTIFF FINJAN, INC.'S MOTION TO IMPUTE SERVICE**<br><br>Date: November 21, 2018<br>Time: 10:00 a.m.<br>Location: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND ORDER
RE HEARING DATE FOR MOTION TO IMPUTE
5:18-CV-02621-WHO

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendant Check Point Software Technologies, Inc. ("Check Point") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate to the following request to change the date of the hearing on Finjan's Motion to Impute Service on Defendant Check Point Software Technologies, Ltd. ("Motion to Impute Service"), ECF No. 32.

WHEREAS, on October 16, 2018, Finjan filed a Motion to Impute Service, ECF No. 32;

WHEREAS, the hearing date on Finjan's Motion to Impute Service is November 21, 2018, at 10:00 a.m.;

WHEREAS, to accommodate travel conflicts for the holiday period beginning November 22, 2018, the Parties stipulate to change the date for the hearing on Finjan's Motion to Impute Service until November 28, 2018;

WHEREAS, Finjan agreed to this stipulation at Check Point's request, but Finjan is largely unavailable in December due to commitments in other matters, and thus if November 28, 2018 is not available then Finjan respectfully requests to keep the currently scheduled hearing date of November 21, 2018, at 10:00 a.m.;

WHEREAS, the requested change in hearing date should not have any material effect on the schedule in this case;

NOW THEREFORE, the Parties hereby stipulate and request that the hearing date for Finjan's Motion to Impute Service be changed from November 21, 2018 to November 28, 2018, at 2:00 p.m.

**IT IS SO STIPULATED.**

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

| | | |
|---|---|---|
| 1 | Dated: November 13, 2018 | Respectfully submitted, |
| 2 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | | By: _____/s/ *Evan Brewer*_____ |
| 5 | | Evan Brewer<br>Attorneys for Defendant |
| 6 | | CHECK POINT SOFTWARE<br>TECHNOLOGIES, INC. |
| 8 | Dated: November 13, 2018 | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| 11 | | By: _____/s/ *Austin Manes*_____ |
| 12 | | Austin Manes<br>Attorneys for Plaintiff<br>FINJAN, INC. |

## **ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

_____*/s/ Evan Brewer*_____
Evan Brewer

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The hearing date for Finjan's Motion to Impute Service, ECF No. 32, previously calendared for November 21, 2018, is hereby set for November 28, 2018 at 2:00 p.m.

Dated: November 14, 2018

_____
The Honorable William H. Orrick
United States District Judge

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 3 -

STIPULATION AND ORDER RE HEARING DATE
FOR MOTION TO IMPUTE
5:18-CV-02621-WHO