

Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

+1 415 773 5700

orrick.com

November 14, 2018

**Clement Seth Roberts**

E croberts@orrick.com
D +1 415 773 5484
F +1 415 773 5759

Honorable William H. Orrick
San Francisco Court House
450 Golden Gate Avenue
San Francisco, CA  94402

Re:     *Finjan Inc. v. Check Point Software* - Case No. 3:18-cv-02621

Dear Judge Orrick:

The parties write jointly to make a proposal to the Court regarding the hearing on the Motion to Impute Service, scheduled for November 28th.  Recognizing that courts in this district have encouraged opportunities for younger lawyers to gain courtroom experience, the parties have agreed to have associates argue this motion.  The parties further mutually agree, subject to the Court's approval, that lead counsel for both parties may be present at the hearing to address any points that may remain after the associates have finished arguing.


Very truly yours,
ORRICK, HERRINGTON & SUTCLIFFE LLP

Very truly yours,
KRAMER LEVIN NAFTALIS & FRANKEL LLP


By:     /s/ Clement S Roberts
Clement Seth Roberts
Attorneys for Defendant Check Point Software Technologies, Inc.

By:     /s/ Paul Andre
Paul Andre
Attorneys for Plaintiff, Finjan, Inc.

4154-3728-3864.1