# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 28, 2018 | **Time:** 15 minutes<br>2:39 p.m. to 2:54 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 18-cv-02621-WHO | **Case Name:** Finjan, Inc. v. Check Point Software Technologies, Inc. | |

**Attorney for Plaintiff:** Austin Manes
**Attorney for Defendant:** Evan D. Brewer and Clement Roberts

**Deputy Clerk:** Jean Davis           **Court Reporter:** JoAnn Bryce

## PROCEEDINGS

Counsel appear for hearing on motion to impute service.  Argument of counsel heard; motion taken under submission.  The Court is inclined to grant the motion.  Order to follow.