UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | Case No. 18-cv-02621-WHO<br><br>**ORDER ON MOTION TO IMPUTE SERVICE**<br><br>Re: Dkt. No. 32 |

Having fully considered the parties' papers and arguments at the November 28, 2018 hearing, and for the reasons identified in my tentative at the hearing, plaintiff's motion to impute service to Check Point Software Technologies Ltd. through its wholly-owned subsidiary Check Point Software Technologies, Inc. is GRANTED.

Imputed service is appropriate under Cal. Corp. Code § 2110, as Inc. can be considered Ltd.'s "general manager." The facts in this case are on all fours with those in *Yamaha Motor Co., v. Sup. Ct.*, 174 Cal. App. 4th 264, 267 (2009).

**IT IS SO ORDERED.**

Dated: November 29, 2018

William H. Orrick
United States District Judge