PAUL ANDRE (SBN 196585)
pandre@kramerlevin.com
LISA KOBIALKA (SBN 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (SBN 237978)
jhannah@kramerlevin.com
KRISTOPHER B. KASTENS (SBN 254797)
kkastens@kramerlevin.com
AUSTIN MANES (SBN 284065)
amanes@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Attorneys for Plaintiff
FINJAN, INC.

CLEMENT ROBERTS (SBN 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

AMY K. VAN ZANDT (SBN 197426)
avanzant@orrick.com
FRANCES CHEEVER (SBN 287585)
fcheever@orrick.com
EVAN D. BREWER (SBN 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Defendant
CHECK POINT SOFTWARE
TECHNOLOGIES, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES, INC., a Delaware Corporation, CHECK POINT SOFTWARE TECHNOLOGIES Ltd., an Israeli Limited Company,<br><br>Defendants. | Case No.: 3:18-cv-02621-WHO<br><br>**STIPULATION AND ORDER EXTENDING CERTAIN DEADLINES** |

Pursuant to Civil Local Rules 6-1(a) and (b), 6-2, and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendants Check Point Software Technologies, Inc. and Check Point Software Technologies Ltd. (together, "Check Point") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate to extend the time for certain deadlines over the holidays, in order to accommodate preexisting travel schedules of attorneys and staff.

WHEREAS, none of the following proposed extensions will have any effect on the reminder of this case;

WHEREAS, Check Point Software Technologies Ltd.'s answer to Finjan's Complaint is currently due on December 20, 2018 (see Dkt. 48);

WHEREAS, pursuant to Civil Local Rule 6-1(a), and in order to accommodate holiday travel schedules, the Parties hereby stipulate and agree to extend the time for Check Point Software Technologies Ltd. to answer the Complaint in this action until January 8, 2019;

WHEREAS, Check Point Software Technologies, Inc.'s Opposition to Finjan's Motion to Strike Affirmative Defenses (Dkt. 49) is currently due on December 19, 2018, Finjan's Reply is currently due on December 26, 2018, and the hearing is currently set for January 16, 2019;

WHEREAS, Check Point Software Technologies, Inc. requested a brief extension of the time to file its Opposition to Finjan's Motion to Strike Affirmative Defenses, and in order to accommodate holiday travel schedules, the Parties hereby stipulate and agree to extend the due date for the Opposition until December 28, 2018 and the due date for the Reply until January 8, 2019;

WHEREAS, the Court previously modified the schedule in this case twice: once to adjust the briefing schedule for Finjan's Motion to Impute Service by less than one week for each side (Dkt. 35) and once to extend the hearing date on Finjan's Motion to Impute Service by seven days (Dkt. 42).

NOW THEREFORE, the Parties hereby stipulate and agree that: (1) Check Point Software Technologies Ltd.'s answer to Finjan's Complaint shall be due on January 8, 2019; and (2) Check Point Software Technologies, Inc.'s Opposition to Finjan's Motion to Strike Affirmative Defenses shall be due on December 28, 2018, and Finjan's Reply shall be due on January 8, 2019.

**IT IS SO STIPULATED.**

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: December 18, 2018 | By: | */s/    Austin Manes* |
| | | Paul J. Andre (SBN 196585) |
| | | Lisa Kobialka (SBN 191404) |
| | | James Hannah (SBN 237978) |
| | | Kristopher Kastens (SBN 254797) |
| | | Austin Manes (SBN 284065) |
| | | KRAMER LEVIN NAFTALIS |
| | | & FRANKEL LLP |
| | | 990 Marsh Road |
| | | Menlo Park, CA 94025 |
| | | Telephone: (650) 752-1700 |
| | | Facsimile: (650) 752-1800 |
| | | pandre@kramerlevin.com |
| | | lkobialka@kramerlevin.com |
| | | jhannah@kramerlevin.com |
| | | kkastens@kramerlevin.com |
| | | amanes@kramerlevin.com |
| | | |
| | | *Attorneys for Plaintiff* |
| | | FINJAN, INC. |
| | | |
| | | Respectfully submitted, |
| Dated: December 18, 2018 | By: | */s/    Clement Roberts* |
| | | Clement Roberts |
| | | ORRICK, HERRINGTON |
| | | & SUTCLIFFE LLP |
| | | 405 Howard Street |
| | | San Francisco, CA  94105 |
| | | croberts@orrick.com |
| | | |
| | | Amy K. Van Zandt (SBN 197426) |
| | | Frances Cheever (SBN 287585) |
| | | Evan Brewer (SBN 304411) |
| | | ORRICK, HERRINGTON |
| | | & SUTCLIFFE LLP |
| | | 1000 Marsh Road |
| | | Menlo Park, CA  94025 |
| | | avanzant@orrick.com |
| | | fcheever@orrick.com |
| | | ebrewer@orrick.com |
| | | |
| | | *Attorneys for Defendants* |
| | | CHECK POINT |

## ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                By: */s/ Austin Manes*
                        Austin Manes

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Check Point Software Technologies Ltd.'s answer to Finjan's Complaint shall be due on January 8, 2019. Check Point Software Technologies, Inc.'s Opposition to Finjan's Motion to Strike Affirmative Defenses shall be due on December 28, 2018, and Finjan's Reply shall be due on January 8, 2019.

IT IS FURTHER ORDERED that the hearing is continued to JANUARY 23, 2019 at 2:00 p.m.

Dated: December 18, 2018



The Honorable William H. Orrick
United States District Judge