| | |
|---|---|
| CLEMENT ROBERTS (SBN: 209203)<br>croberts@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br><br>VICKIE FEEMAN (SBN: 177487)<br>vfeeman@orrick.com<br>FRANCES CHEEVER (SBN: 287585)<br>fcheever@orrick.com<br>EVAN BREWER (SBN: 304411)<br>ebrewer@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone: +1 650 614 7400<br>Facsimile: +1 650 614 7401<br><br>*Attorneys for Defendants*<br>CHECK POINT SOFTWARE<br>TECHNOLOGIES, INC. and<br>CHECK POINT SOFTWARE<br>TECHNOLOGIES, LTD. | PAUL ANDRE (SBN: 196585)<br>pandre@kramerlevin.com<br>LISA KOBIALKA (SBN: 191404)<br>lkobialka@kramerlevin.com<br>JAMES HANNAH (SBN: 237978)<br>jhannah@kramerlevin.com<br>AUSTIN MANES (SBN: 284065)<br>amanes@kramerlevin.com<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br><br>*Attorneys for Plaintiff*<br>FINJAN, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES INC., a Delaware Corporation, CHECK POINT SOFTWARE TECHNOLOGIES LTD., an Israeli Limited Company,<br><br>Defendants. | Case No. 5:18-cv-02621-WHO<br><br>**STIPULATION AND ORDER EXTENDING TIME TO SUBMIT REPLY IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE ORDER AND STRIKE INFRINGEMENT CONTENTIONS**<br><br>Date: February 13, 2019<br>Time: 2:00 p.m.<br>Location: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND ORDER
EXTENDING TIME TO FILE REPLY
5:18-CV-02621-WHO

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendants Check Point Software Technologies, Inc. and Check Point Software Technologies, Ltd. ("Check Point") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate to the following request to extend by seven days the deadline for Check Point to file a reply in support of Check Point's Motion to Enforce Order and Strike Infringement Contentions ("Motion to Strike"), ECF No. 55. |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendants Check Point Software Technologies, Inc. and Check Point Software Technologies, Ltd. ("Check Point") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate to the following request to extend by seven days the deadline for Check Point to file a reply in support of Check Point's Motion to Enforce Order and Strike Infringement Contentions ("Motion to Strike"), ECF No. 55.

WHEREAS, on January 3, 2019, Check Point filed a Motion to Strike, ECF No. 55;

WHEREAS, on January 17, 2019, Finjan filed an opposition to Check Point's Motion to Strike, ECF No. 61;

WHEREAS, under Civil Local Rule 7-3(b), the deadline for Check Point to file a reply in support of its Motion to Strike is January 24, 2019;

WHEREAS, the associate who was the primary drafter of Check Point's Motion to Strike suffered an injury over the weekend, and as a result Check Point requested a seven-day extension of the due date for its reply brief in support of that motion;

WHEREAS, in the spirit of good faith and professional conduct, Finjan agreed to Check Point's requested extension, and thus the Parties stipulate to continue the deadline for Check Point to file its reply in support of its Motion to Strike by seven days, until January 31, 2019;

WHEREAS, the Court previously modified the schedule in this case three times: to adjust the briefing schedule for Finjan's Motion to Impute Service, Dkt. No. 35, to extend the hearing date on Finjan's Motion to Impute Service by seven days, Dkt. No. 42, and to adjust the briefing schedule and hearing on Finjan's Motion to Strike and extend Check Point Software Technologies, Ltd.'s time to respond to the complaint, Dkt. No. 52.

WHEREAS, the requested continuance should not have any material effect on the schedule in this case.

NOW THEREFORE, the Parties hereby stipulate and request that the deadline for Check Point to file a reply in support of its Motion to Strike be extended from January 24, 2019 to January 31, 2019.

**IT IS SO STIPULATED.**

Dated: January 22, 2019

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____/s/ *Evan Brewer*_____
Evan Brewer
Attorneys for Defendant
CHECK POINT SOFTWARE
TECHNOLOGIES, INC.

Dated: January 22, 2019

KRAMER LEVIN NAFTALIS & FRANKEL LLP


By: _____/s/ *Austin Manes*_____
Austin Manes
Attorneys for Plaintiff
FINJAN, INC.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

STIPULATION AND ORDER EXTENDING TIME TO
FILE REPLY
5:18-cv-02621-WHO

## ATTESTATION PURSUANT TO L.R. 5-1(I)

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                        */s/ Evan Brewer*
                                          Evan Brewer

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline for Check Point to file a reply in support of its Motion to Strike, ECF No. 55, is extended from January 24, 2019 to January 31, 2019.

Dated: January 23, 2019

_____
The Honorable William H. Orrick
United States District Judge

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 4 -

STIPULATION AND ORDER EXTENDING TIME TO
FILE REPLY
5:18-CV-02621-WHO