# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** January 23, 2019 | **Time:** 7 minutes<br>2:33 p.m. to 2:40 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 18-cv-02621-WHO | **Case Name:** Finjan, Inc. v. Check Point Software Technologies, Inc. | |

**Attorney for Plaintiff:**     Kristopher B. Kastens
**Attorneys for Defendant:**   Frances Cheever and Vickie L. Feeman

**Deputy Clerk:** Jean Davis              **Court Reporter:** Katherine Sullivan

## PROCEEDINGS

Hearing held re: Motion to Strike. Written order to follow.