CLEMENT ROBERTS (State Bar No. 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

VICKIE FEEMAN (State Bar No. 177487)
vfeeman@orrick.com
FRANCES CHEEVER (State Bar No. 287585)
fcheever@orrick.com
EVAN BREWER (State Bar No. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:   +1 650 614 7400
Facsimile:    +1 650 614 7401

*Attorneys for Defendants*
CHECK POINT SOFTWARE TECHNOLOGIES, INC. and
CHECK POINT SOFTWARE TECHNOLOGIES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC. a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES INC., a Delaware Corporation, CHECK POINT SOFTWARE TECHNOLOGIES LTD., an Israeli Limited Company,<br><br>　　　　　　Defendants. | Case No. 3:18-cv-02621-WHO<br><br>**DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES, INC. AND CHECK POINT SOFTWARE TECHNOLOGIES, LTD.'S STATEMENT OF RECENT DECISION**<br><br>Date:　　　February 13, 2019<br>Time:　　　2:00 p.m.<br>Location:　Courtroom 2, 17th Floor<br>Judge:　　Hon. William H. Orrick<br><br>Complaint filed: May 3, 2018<br>Trial Date: January 25, 2021 |

Pursuant to Local Rule 7-3(d)(2), Defendants Check Point Software Technologies, Inc. and Check Point Software Technologies, Ltd. (collectively, "Check Point") write to notify the Court of a relevant recent decision from this District regarding issues presented in Check Point's Motion to Enforce Court Order and Strike Infringement Contentions, ECF No. 55.

On January 28, 2019, Judge Tigar issued a sealed order in a case filed by Finjan in this District against Zscaler, Inc., asserting infringement of patents also at issue in this case. *Finjan, Inc. v. Zscaler, Inc.*, Case No. 17-cv-06946-JST, at ECF No. 105 (N.D. Cal., Jan. 28, 2019). Judge Tigar's order found Finjan's amended[1] infringement contentions deficient under Patent Local Rule 3-1. *Id*. Check Point became aware of this decision when Judge Tigar issued a redacted version of his order on February 5, 2019. *Finjan, Inc. v. Zscaler, Inc.*, Case No. 17-cv-06946-JST, at ECF No. 110 (N.D. Cal., Feb. 5, 2019).

A copy of Judge Tigar's redacted Order Granting Motion to Enforce Order on Motion to Compel; Vacating Order to Show Cause; and Granting Motion to Enlarge Deadlines is attached hereto as Exhibit A for the Court's convenience.

Dated: February 6, 2019

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *Clement S. Roberts*
Clement S. Roberts
Attorneys for Defendants
CHECK POINT SOFTWARE TECHNOLOGIES, INC.
CHECK POINT SOFTWARE TECHNOLOGIES, LTD.

---

[1] Judge Tigar previously granted Zcaler's motion to compel amended infringement contentions, ordering Finjan to serve amended infringement contentions that complied with Patent Local Rule 3-1. *Finjan, Inc. v. Zscaler, Inc.*, Case No. 17-cv-06946-JST, at ECF No. 72 (N.D. Cal., Aug. 31, 2018). The order Check Point submits herewith as supplemental authority is thus styled as an order granting Zscaler's motion to enforce Judge Tigar's prior order compelling amended infringement contentions.