# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** February 13, 2019 | **Time:** 21 minutes<br>2:14 p.m. to 2:35 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 18-cv-02621-WHO | **Case Name:** Finjan, Inc. v. Check Point Software Technologies, Inc. | |

**Attorneys for Plaintiff:** James R. Hannah and Kristopher B. Kastens
**Attorneys for Defendant:** Clement S. Roberts and Evan D. Brewer

**Deputy Clerk:** Jean Davis            **Court Reporter:** Debra Pas

## PROCEEDINGS

Counsel appear for oral argument as to Motion to Strike infringement contentions.  The Court is inclined to grant the motion in most respects.  Argument of counsel heard.  Motion taken under submission; written order to follow.