PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRISTOPHER B. KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES, INC., a Delaware Corporation, CHECK POINT SOFTWARE TECHNOLOGIES LTD., an Israeli Limited Company,<br><br>Defendants. | Case No.: 3:18-cv-02621-WHO<br><br>**DECLARATION OF AUSTIN MANES IN SUPPORT OF PLAINTIFF FINJAN, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION UNDER CIVIL L.R. 7-9** |

I, Austin Manes, declare:

1. I am an attorney at Kramer Levin Naftalis & Frankel LLP, counsel of record for Finjan, Inc. ("Finjan"), and licensed to practice law in the State of California. I have personal knowledge of the facts stated herein and can testify competently to those facts. I make this declaration in support of Plaintiff Finjan, Inc.'s Opposition to Check Point Software Techs., Inc. and Check Point Software Techs. Ltd.'s (collectively "Check Point") Motion for Partial Reconsideration of ECF No. 128 in light of ECF No. 192 (the "Motion") which was deemed a motion for reconsideration by the Court at Dkt. 194.

2. Attached hereto as Exhibit 1 is a true and correct copy of Finjan's First Set of Requests for Production of Documents and Things to Check Point (Nos. 1-65), served on September 7, 2018.

3. Attached hereto as Exhibit 2 is a true and correct copy of Check Point's Response to Finjan's First Set of Requests for Production of Documents and Things, served on October 9, 2018.

4. Attached hereto as Exhibit 3 is a true and correct copy of Exhibit B to the parties' May 10, 2019 Joint Letter Brief, filed as Docket No. 119-2.

5. Attached hereto as Exhibit 4 is a true and correct copy of a webpage entitled "Check Point SmartReporter R76 Administration Guide, Introducing SmartReporter," available at https://sc1.checkpoint.com/documents/R76/CP_R76_SmartReporter_AdminGuide/html_frameset.htm.

6. Attached hereto as Exhibit 5 is a true and correct copy of a webpage entitled "Endpoint Policy Management," available at https://www.checkpoint.com/products/endpoint-policy-management/.

7. Attached hereto as Exhibit 6 is a true and correct copy of a Check Point datasheet entitled "Network Policy Management Software Blade" produced by Finjan, bearing bates numbers FINJAN-CP 258552 – 54.

8. Attached hereto as Exhibit 7 is a true and correct copy of a webpage entitled "ZoneAlarm Extreme Security," available at https://www.zonealarm.com/software/extreme-security/.

1

9. Attached hereto as Exhibit 8 is a true and correct copy of a Check Point datasheet entitled "Check Point ThreatCloud IntelliStore" produced by Finjan, bearing bates numbers FINJAN-CP 252680 – 81.

10. Attached hereto as Exhibit 9 is a true and correct copy of a webpage entitled "ThreatCloud Managed Security Service" produced by Finjan, bearing bates numbers FINJAN-CP 252686 – 92.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from Appendix A-1 to Finjan's Initial Disclosure of Asserted Claims and Infringement Contentions, served on November 2, 2018.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from Appendix A-3 to Finjan's Initial Disclosure of Asserted Claims and Infringement Contentions, served on November 2, 2018.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from Appendix B-1 to Finjan's Initial Disclosure of Asserted Claims and Infringement Contentions, served on November 2, 2018.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from Appendix B-3 to Finjan's Initial Disclosure of Asserted Claims and Infringement Contentions, served on November 2, 2018.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from Appendix C-1 to Finjan's Initial Disclosure of Asserted Claims and Infringement Contentions, served on November 2, 2018.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from Appendix C-3 to Finjan's Initial Disclosure of Asserted Claims and Infringement Contentions, served on November 2, 2018.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from Appendix D-1 to Finjan's Initial Disclosure of Asserted Claims and Infringement Contentions, served on November 2, 2018.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from Appendix D-3 to Finjan's Initial Disclosure of Asserted Claims and Infringement Contentions, served on November 2, 2018.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from Appendix E-1 to Finjan's Initial Disclosure of Asserted Claims and Infringement Contentions, served on November 2, 2018.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from Appendix E-3 to Finjan's Initial Disclosure of Asserted Claims and Infringement Contentions, served on November 2, 2018.

21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts from Appendix F-1 to Finjan's Initial Disclosure of Asserted Claims and Infringement Contentions, served on November 2, 2018.

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from Appendix F-3 to Finjan's Initial Disclosure of Asserted Claims and Infringement Contentions, served on November 2, 2018.

23. Attached hereto as Exhibit 22 is a true and correct copy of excerpts from Appendix G-1 to Finjan's Initial Disclosure of Asserted Claims and Infringement Contentions, served on November 2, 2018.

24. Attached hereto as Exhibit 23 is a true and correct copy of excerpts from Appendix G-3 to Finjan's Initial Disclosure of Asserted Claims and Infringement Contentions, served on November 2, 2018.

25. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from Appendix A-1 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

26. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from Appendix A-2 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

27. Attached hereto as Exhibit 26 is a true and correct copy of Appendix A-6 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

28. Attached hereto as Exhibit 27 is a true and correct copy of Appendix A-8 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

29. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from Appendix B-1 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

30. Attached hereto as Exhibit 29 is a true and correct copy of Appendix B-6 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

31. Attached hereto as Exhibit 30 is a true and correct copy of excerpts from Appendix B-8 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

32. Attached hereto as Exhibit 31 is a true and correct copy of excerpts from Appendix C-1 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

33. Attached hereto as Exhibit 32 is a true and correct copy of Appendix C-6 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

34. Attached hereto as Exhibit 33 is a true and correct copy of excerpts from Appendix D-1 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

35. Attached hereto as Exhibit 34 is a true and correct copy of Appendix D-6 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

36. Attached hereto as Exhibit 35 is a true and correct copy of excerpts from Appendix D-8 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

37. Attached hereto as Exhibit 36 is a true and correct copy of excerpts from Appendix E-1 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

38. Attached hereto as Exhibit 37 is a true and correct copy of Appendix E-6 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

39. Attached hereto as Exhibit 38 is a true and correct copy of excerpts from Appendix F-1 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

40. Attached hereto as Exhibit 39 is a true and correct copy of Appendix F-6 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

41. Attached hereto as Exhibit 40 is a true and correct copy of excerpts from Appendix G-1 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

42. Attached hereto as Exhibit 41 is a true and correct copy of Appendix G-6 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

43. Attached hereto as Exhibit 42 is a true and correct copy of excerpts from Appendix G-8 to Finjan's Supplemental Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2019.

I declare under penalty of perjury under the laws of the United States of America that each of the above statements is true and correct. Executed on August 22, 2019, in Menlo Park, California.

*/s/ Austin Manes*
Austin Manes

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Kristopher Kastens*
Kristopher Kastens