UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**CIVIL MINUTE ORDER**

| **Case No.:** 18-cv-02621-WHO (JCS) | **Case Name:** Finjan, Inc. v. Check Point Software Technologies, Inc. | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: August 30, 2019 | **Time:** 12 M |

**Attorney for Plaintiff:** Lisa Kobialka, Kristopher Kastens
**Attorney for Defendant:** Vickie Feeman, Evan Brewer

**Deputy Clerk:** Karen Hom          **Court Reporter:** FTR 9:43-10:05

### PROCEEDINGS

1. Motion for Reconsideration [dkt 193] – Granted in part, denied in part.

### ORDERED AFTER HEARING

Defendants are admonished for the delay in the production of documents. Defendants are ordered to produce all documents as ordered by the Court on **Tuesday 9/3/19**.

The Motion for Reconsideration is GRANTED IN PART only as to items 15 and 16 on the list of non-accused devices (ThreatCloud Intellistore and ThreatCloud Monitoring Service). With respect to all other devices the Motion is DENIED for reasons stated on the record.

**Order to be prepared by:**

[ ] Plaintiff          [ ] Defendant          [ ] Court