| | |
|---|---|
| PAUL J. ANDRE (State Bar No. 196585)<br>pandre@kramerlevin.com<br>LISA KOBIALKA (State Bar No. 191404)<br>lkobialka@kramerlevin.com<br>JAMES HANNAH (State Bar No. 237978)<br>jhannah@kramerlevin.com<br>KRISTOPHER B. KASTENS (State Bar No. 254797)<br>kkastens@kramerlevin.com<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br><br>Attorneys for Plaintiff<br>FINJAN, INC. | CLEMENT ROBERTS (State Bar No. 209203)<br>croberts@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br><br>VICKIE FEEMAN (State Bar No. 177487)<br>vfeeman@orrick.com<br>EVAN BREWER (State Bar No. 304411)<br>ebrewer@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone: (650) 614 7400<br>Facsimile: (650) 614 7401<br><br>ALYSSA CARIDIS (State Bar No. 260103)<br>acaridis@orrick.com<br>MARGARET ABERNATHY (State Bar No. 300273)<br>mabernathy@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>Telephone: (213) 629-2020<br>Facsimile: (213) 612-2499<br><br>Attorneys for Defendants<br>CHECK POINT SOFTWARE TECHNOLOGIES, INC. and CHECK POINT SOFTWARE TECHNOLOGIES, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation<br><br>           Plaintiff,<br><br>v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES, INC., a Delaware Corporation and CHECK POINT SOFTWARE TECHNOLOGIES, LTD., an Israeli Limited Company<br><br>           Defendants. | Case No. 3:18-cv-02621-WHO (JCS)<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR FINJAN TO OPPOSE CHECK POINT'S MOTION TO ENFORCE COURT ORDER AND STRIKE SECOND AMENDED INFRINGEMENT CONTENTIONS (DKT. NO. 213)** |

Pursuant to Local Rule 6-1(b) and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendants Check Point Software Technologies, Inc. and Check Point Technologies, Ltd. (collectively, "Check Point") request the Court to modify the parties' briefing schedule for Check Point's Motion to Enforce Court Order and Strike Second Amended Infringement Contentions (Dkt. No. 213) ("Motion") such that Finjan's opposition will be due on November 5, 2019 and Check Point's reply will be due on November 13, 2019.

WHEREAS, on October 19, 2019, Check Point filed its Motion to Enforce Court Order and Strike Second Amended Infringement Contentions under Dkt. No. 213 ("Motion").

WHEREAS, on October 28, 2019, the parties met and conferred over emails, and agreed to modify the current briefing schedule of the Motion to accommodate both parties' schedules by a business day. As a result of the modification, Finjan's opposition will be due on November 5, 2019, and Check Point's reply will be due on November 13, 2019.

WHEREAS, a hearing is scheduled on December 4, 2019 for Check Point's Motion.

WHEREAS, the proposed stipulated deadlines will not have any material impact on the schedule already fixed by the Court and will allow briefing to be completed over fourteen (14) days prior to the December 4, 2019 hearing.

WHEREAS, the Court previously modified the schedule in this case eight (8) times: to adjust the briefing schedule for Finjan's Motion to Impute Service, Dkt. No. 35; to extend the hearing date on Finjan's Motion to Impute Service by seven days, Dkt. No. 42; to adjust the briefing schedule and hearing on Finjan's Motion to Strike and extend Check Point's time to respond to the complaint, Dkt. No. 52; to extend Check Point's time to file a Reply in support of its Motion to Enforce Order and Strike Infringement Contentions (Dkt. No. 64); to extend Finjan's time to respond to Check Point's affirmative defenses, Dkt. No. 82; to grant Check Point's motion to modify the claim construction schedule, Dkt. No. 84; to grant Check Point's motion to continue to change the claim construction schedule, Dkt. No. 108; to grant the parties' stipulation for Finjan to file its opposition to Check Point's Motion to Amend Invalidity Contentions, Dkt. No. 149.

NOW, THEREFORE, the parties hereby stipulate and agree that Finjan has until **November 5, 2019** to file its opposition to Check Point's Motion. The parties further stipulate and agree to modify the due date for Check Point's reply to **November 13, 2019**.

**IT IS SO STIPULATED.**

Dated: November 4, 2019

Respectfully submitted,

By: */s/ Kristopher Kastens*
Paul J. Andre (SBN 196585)
Lisa Kobialka (SBN 191404)
James Hannah (SBN 237978)
Kristopher Kastens (SBN 254797)
Austin Manes (SBN 284065)
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
kkastens@kramerlevin.com
amanes@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

Respectfully submitted,

Dated: November 4, 2019

By: */s/ Alyssa Caridis*
Vickie Feeman (SBN 177487)
Evan Brewer (SBN 304411)
ORRICK, HERRINGTON
& SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
vfeeman@orrick.com
fcheever@orrick.com
ebrewer@orrick.com

Clement Roberts
ORRICK, HERRINGTON
& SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
croberts@orrick.com

| | |
|---|---|
| 1 | Alyssa Caridis |
| 2 | Margaret Anne Abernathy |
| | ORRICK, HERRINGTON |
| 3 | & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 4 | Los Angeles, CA 90017 |
| | acaridis@orrick.com |
| 5 | mabernathy@orrick.com |

Attorneys for Defendants
CHECK POINT SOFTWARE
TECHNOLOGIES, INC. and CHECK POINT
SOFTWARE TECHNOLOGIES, LTD.

## **ATTESTATION**

I, Kristopher Kastens, am the ECF user whose identification and password are being used in this filing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document have concurred in the filing of this document.

                                          */s/ Kristopher Kastens*
                                          Kristopher Kastens

**ORDER**

The deadline for Finjan to file an opposition to Check Point's Motion to Enforce Court Order and Strike Second Amended Infringement Contentions, Dkt. No. 213, is modified to November 5, 2019, and the deadline for Check Point to file a reply in support of its Motion is modified to November 13, 2019.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 5, 2019

                                    The Honorable William H. Orrick
                                    United Stated District Judge