Hon. Elizabeth D. Laporte (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 982-5267
Facsimile: (415) 982-5287

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., <br> Plaintiff, <br> v. <br> CHECK POINT SOFTWARE TECHNOLOGIES, INC., et al., <br> Defendants. | Case No. 18-cv-02621-WHO <br><br> **SPECIAL MASTER'S ORDER** |

The Honorable Elizabeth Laporte (Ret), Special Master, held a conference call with the parties on March 11, 2020. Attorneys for both parties, including lead counsel, appeared on behalf of their clients. Unless the parties reach a stipulation that moots the need for the Special Master to consider the adequacy of any of the remaining contentions, on March 20, 2020, Plaintiff Finjan shall decide and notify Defendant Check Point and the Special Master which of the remaining approximately 65-70 contentions at issue remain in dispute and which contentions will not be pursued. Counsel for both parties shall then meet and confer on page limits for briefings and will either agree or present their competing proposals to the Special Master promptly. Check Point shall file its brief challenging the remaining contentions in dispute by April 20, 2020. Finjan shall

file its opposition brief by May 20, 2020. Plaintiff shall file its reply brief by June 3, 2020.

Dated: March 13, 2020

_____
HON. ELIZABETH D. LAPORTE (RET.)