# Exhibit A



July 25, 2018

*via email*

Paul Andre
Kramer Levin Naftalis & Frankel LLP
990 Marsh Road
Menlo Park, CA 94025

**Orrick, Herrington & Sutcliffe LLP**
405 Howard Street
San Francisco, CA 94105

+1 415 773 5700

**orrick.com**

**Clement Roberts**

E  croberts@orrick.com
D  +1 415 773 5700
F  +1 415 773 5759

Re:     *Finjan, Inc. v. Check Point Software Technologies, Inc.*

Dear Mr. Andre:

I am writing to make the source code for the accused products in the above-entitled litigation available for inspection.

Check Point is making the source code available pursuant to the Northern District of California's Patent Local Rule 2-2 Interim Model Protective Order.  To that end, the source code will be available on a secure computer with restricted read-write access in a room in which no other electronics will be permitted. If Finjan or its appointed expert would like to have a particular software review tool available for use for the inspection, please provide me with a licensed copy and we will have it installed (provided the tool does not compile any portion of the code).

To arrange an inspection, please provide us with the following information: (1) the specific identity of the products Finjan would like to inspect on which days; (2) the dates on which Finjan would like to conduct the inspection for each identified product; and (3) the identity or identities of the expert or experts that Finjan intends to retain for inspection. Check Point reserves the right to object to Finjan's identified expert or experts, and will require the inspection to be conducted on dates when Check Point's engineers are available to oversee the production.

In light of the fact that Check Point is making its source code available for inspection now, we expect your infringement contentions to include source code-specific citations for each element of each accused product, and will immediately move to compel if they do not.

Sincerely,

*/s/ Clement Roberts/*

Clement Roberts



Paul Andre
July 25, 2018
Page 2