| | |
|---|---|
| PAUL J. ANDRE (State Bar No. 196585) | CLEMENT ROBERTS (State Bar No. 209203) |
| pandre@kramerlevin.com | croberts@orrick.com |
| LISA KOBIALKA (State Bar No. 191404) | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| lkobialka@kramerlevin.com | 405 Howard Street |
| JAMES HANNAH (State Bar No. 237978) | San Francisco, CA 94105 |
| jhannah@kramerlevin.com | Telephone: (415) 773-5700 |
| KRISTOPHER B. KASTENS (State Bar No. 254797) | Facsimile: (415) 773-5759 |
| kkastens@kramerlevin.com | VICKIE FEEMAN (State Bar No. 177487) |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | vfeeman@orrick.com |
| 990 Marsh Road | EVAN BREWER (State Bar No. 304411) |
| Menlo Park, CA 94025 | ebrewer@orrick.com |
| Telephone: (650) 752-1700 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Facsimile: (650) 752-1800 | 1000 Marsh Road |
| | Menlo Park, CA 94025-1015 |
| Attorneys for Plaintiff | Telephone: (650) 614 7400 |
| FINJAN, INC. | Facsimile: (650) 614 7401 |
| | ALYSSA CARIDIS (State Bar No. 260103) |
| | acaridis@orrick.com |
| | MARGARET ABERNATHY (State Bar No. 300273) |
| | mabernathy@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017 |
| | Telephone: (213) 629-2020 |
| | Facsimile: (213) 612-2499 |
| | Attorneys for Defendants |
| | CHECK POINT SOFTWARE TECHNOLOGIES, INC. and CHECK POINT SOFTWARE TECHNOLOGIES, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | Case No. 3:18-cv-02621-WHO (JCS) |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CHECK POINT SOFTWARE TECHNOLOGIES, INC., a Delaware Corporation and CHECK POINT SOFTWARE TECHNOLOGIES, LTD., an Israeli Limited Company, | |
| Defendants. | |

Plaintiff Finjan, Inc. ("Finjan") and Defendants Check Point Software Technologies, Inc. and Check Point Technologies, Ltd. (collectively, "Check Point") (together, the "Parties"), having resolved their disputes and pursuant to Fed. R. Civ. P. 41, hereby jointly move for an order dismissing all claims, counterclaims, and defenses in this action WITH PREJUDICE, with each Party to bear its own costs, expenses and attorneys' fees. The Parties further agree that neither party, nor any agent or attorney, will make any announcement or statement to the media, or engage in any publicity regarding this dismissal, other than to state that the Parties entered into a stipulated dismissal with prejudice.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: May 28, 2020   By: */s/ Kristopher Kastens*
Paul J. Andre (SBN 196585)
Lisa Kobialka (SBN 191404)
James Hannah (SBN 237978)
Kristopher Kastens (SBN 254797)
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
kkastens@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

Respectfully submitted,

Dated: May 28, 2020   By: */s/ Clement Roberts*
Vickie Feeman (SBN 177487)
Evan Brewer (SBN 304411)
ORRICK, HERRINGTON
& SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
vfeeman@orrick.com
fcheever@orrick.com
ebrewer@orrick.com

|   |   |
|---|---|
| 1 | Clement Roberts |
| 2 | ORRICK, HERRINGTON |
|   | & SUTCLIFFE LLP |
| 3 | 405 Howard Street |
|   | San Francisco, CA  94105 |
| 4 | croberts@orrick.com |
| 5 | Alyssa Caridis |
|   | Margaret Anne Abernathy |
| 6 | ORRICK, HERRINGTON |
|   | & SUTCLIFFE LLP |
| 7 | 777 South Figueroa Street, Suite 3200 |
|   | Los Angeles, CA 90017 |
| 8 | acaridis@orrick.com |
|   | mabernathy@orrick.com |
| 9 |   |
|   | Attorneys for Defendants |
| 10 | CHECK POINT SOFTWARE |
|   | TECHNOLOGIES, INC. and CHECK POINT |
| 11 | SOFTWARE TECHNOLOGIES, LTD. |

## **ATTESTATION**

I, Kristopher Kastens, am the ECF user whose identification and password are being used in this filing.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document have concurred in the filing of this document.

                                                  */s/ Kristopher Kastens*
                                                  Kristopher Kastens

STIPULATION FOR DISMISSAL WITH PREJUDICE         CASE NO.: 18-cv-02621-WHO

**It is hereby ORDERED that all claims, counterclaims, and defenses in this action are dismissed WITH PREJUDICE, with each Party to bear its own costs, expenses and attorneys' fees.**

Dated: May 28, 2020

_____
The Honorable William H. Orrick
United Stated District Judge